**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**WALTER McCULLOUGH**                                                           **PETITIONER**

**VS.**                    **CASE NO. 5:05CV00328 SWW/HDY**

**LARRY NORRIS, Director of the**
**Arkansas Department of Correction**                            **RESPONDENT**

### ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. After careful review of those Findings and Recommendations, the timely objections received thereto, and a *de novo* review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.[1]

IT IS SO ORDERED this 3rd day of February, 2006.

                                                        /s/Susan Webber Wright
                                                        United States District Judge

---

[1] Petitioner's motion for default judgment [doc.#10] and motion for an evidentiary hearing [doc.#12] are denied.